09CV318
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON
BR

#30113                                                                                  ASV/jm

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

2008L013716
CALENDAR/ROOM E
TIME 00:00
Premises Liability

| | |
|---|---|
| LINDA HENDERSON, | ) |
| Plaintiff, | ) No.: |
| v. | ) |
| TARGET CORPORATION, a foreign corporation, | ) |
| Defendant. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, LINDA HENDERSON, by and through her attorneys, SANTILLI & VANO and complaining of Defendant, TARGET CORPORATION, a foreign corporation, states as follows:

1. That on and prior to December 17, 2006, Plaintiff LINDA HENDERSON, was a resident of the City of Calumet City, County of Cook, State of Illinois.

2. That at all relevant times, Defendant TARGET CORPORATION, was a foreign corporation registered and doing business in the State of Illinois, and had possession and control of the premises located near or at 17605 S. Halsted St. in the City of Homewood, Cook County, State of Illinois.

3. That at all relevant times, Defendant TARGET CORPORATION, either in whole or in part or in some other combination, by and through its agents, employees, beneficiaries or others owned, operated, managed, controlled and maintained the premises.

4. That at all relevant times the Defendant TARGET CORPORATION, either in whole or in part or in some other combination, occupied the premises and operated a store,

1


EXHIBIT A

selling general merchandise and food items to the general public and in whole or in part or in some other combination, exercised some or all of the ordinary incidence of occupancy, including operation, management, maintenance and control of the premises.

5. That on December 17, 2006, Plaintiff LINDA HENDERSON, who was a customer on the premises to purchase general merchandise and while walking down the aisle of the premises was caused to slip on a foreign substance upon the floor causing her fall to the floor and causing injuries to herself.

6. That at all relevant times, Plaintiff was in the exercise of ordinary care and caution for her own personal safety and the safety of others.

7. That at all relevant times, Defendant TARGET CORPORATION, by and through its agents, employees, beneficiaries or others, either in whole or in part or by some other combination, owner or operators of a business open to the public, was under a duty to protect their customers from harm and to use ordinary care to operate, manage, control, and maintain said premises, including said floor in the aisles in a reasonably safe condition for the use of their business invitees and patrons.

8. That notwithstanding said duty to use ordinary care to maintain the premises in a reasonably safe condition, for a period of time prior to the time relevant hereto, the floor in the aisles was allowed to remain in an unreasonably dangerous condition and was defective, unsafe, and otherwise out of repair, which included allowing a foreign substance to accumulate and remain upon the floor, all of which Defendant knew or should have known in the exercise of reasonable care.

9. That then and there, notwithstanding its duty and knowledge as aforesaid, Defendant TARGET CORPORATION, either in whole or in part or in some other combination,

was guilty of one or more or all of the following negligent or careless acts or omissions:

a. Allowed and permitted the floor of the aisles to be and remain in a hazardous and unsafe condition, allowing a foreign substance to accumulate and remain upon the floor when they knew or should have known that its patrons would be using the floor of the aisles;

b. Failed to inspect said floor to determine its cleanliness, when they knew or should have known that its patrons would be using the area along and around said unit and would be distracted by their purpose in being on the premises;

c. Inspected said floor but did so in a negligent manner;

d. Failed to warn Plaintiff of the hazardous and unsafe condition of the floor around and along the area when they knew or should have known that patrons would be using the area and would be distracted by their purpose in being on the premises;

e. Failed to maintain the floor along and around the area and allowed a hazard to its patrons to be created when they knew or should have known that patrons would be using the aisle and would be distracted by their purpose in being on the premises;

f. Failed to properly clean or maintain the floor of the area, and allowed a hazard to its patrons to be created on the floor, when they knew or should have known that patrons would be using the area and would be distracted by their purpose in being on the premises; and

g. Was otherwise careless and negligent.

10. That as a direct and proximate result of one or more of the aforesaid acts or omissions on the part of Defendant TARGET CORPORATION, by and through its agents, employees, or others, either in whole or in part, or by some other combination, the floor of the area in which Plaintiff was walking, an unnatural accumulation of foreign substances was allowed to remain, causing Plaintiff LINDA HENDERSON, to fall thereby suffer great pain and injury to her person, causing her to incur medical and hospital expenses, disability, disfigurement and lost wages, as well as other damages.

WHEREFORE, Plaintiff, LINDA HENDERSON, prays this Honorable Court for a judgment against Defendant, TARGET CORPORATION, a foreign corporation, in a sum in excess of the jurisdictional limit plus costs.

Respectfully submitted,

*/s/ Alfred S. V.*
One of the Attorneys for Plaintiff

SANTILLI & VANO
111 W. Washington Street
Suite 1240
Chicago, Illinois 60602
(312) 444-9606
Attorney No. 30113

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served by Mail | 2321 - Served by Mail | |
| 2420 - Served by Publication | 2421 - Served by Publication | (2-81) CCG-1 |
| SUMMONS | ALIAS SUMMONS | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LINDA HENDERSON,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

2008L013716
CALENDAR/ROOM E
TIME 00:00
Premises Liability

No.:

**PLEASE SERVE:**
Target Corporation
Registered Agent
CT Corporation System
208 S. LaSalle St., #814
Chicago, IL 60604

### SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, DEC 11 2008 .................., 2008

.................................................
Clerk of Court

Date of service: .................., 2008
(To be inserted by officer on copy left with defendant or other person)

Name: **Santilli & Vano**
Attorney for: **Plaintiff**
Address: **111 W. Washington Street, Suite 1240**
City: **Chicago, Illinois 60602**
Telephone: **(312) 444-9606**
Atty. No.: **30113**

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served by Mail | 2321 - Served by Mail | |
| 2420 - Served by Publication | 2421 - Served by Publication | (2-81) CCG-1 |
| SUMMONS | ALIAS SUMMONS | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LINDA HENDERSON,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

2008L013716
CALENDAR/ROOM E
TIME 00:00
Premises Liability

No.:

**PLEASE SERVE:**
Target Corporation
Registered Agent
CT Corporation System
208 S. LaSalle St., #814
Chicago, IL 60604

## SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

DEC 11 2008

WITNESS,........................................, 2008

........................................
Clerk of Court

Date of service: ........................................, 2008
(To be inserted by officer on copy left with defendant or other person)

| | |
|---|---|
| Name: | **Santilli & Vano** |
| Attorney for: | **Plaintiff** |
| Address: | **111 W. Washington Street, Suite 1240** |
| City: | **Chicago, Illinois 60602** |
| Telephone: | **(312) 444-9606** |
| Atty. No.: | **30113** |

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202

 **CT Corporation**

**Service of Process Transmittal**
12/18/2008
CT Log Number 514217888

| | |
|---|---|
| **TO:** | Jason Walbourn, Senior Counsel - Litigation<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403- |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Target Corporation (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Linda Henderson, Pltf. vs. Target Corporation, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons (2 sets), Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2008L013716 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - December 17, 2006 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/18/2008 at 11:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Santilli & Vano<br>111 W. Washington Street<br>Suite 1240<br>Chicago, IL 60602<br>312-444-9606 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/18/2008, Expected Purge Date: 12/23/2008<br>Image SOP<br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Lourdes Vina<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / JF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.